

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MELISSA WACHS**
*Assistant Corporation Counsel*
E-mail:mwachs@law.nyc.gov
Phone: (212) 442-6686
Fax: (212) 788-0902

July 19, 2012

Honorable Judge Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: Isaiah Boney v. City of New York, et al.
11-CV-5726 (SLT)(VVP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and represent defendants in the above-referenced matter. I am writing on behalf of the parties to inform the Court that the action has settled. In light of the settlement, the parties respectfully request that the Status Conference currently scheduled for October 5, 2012, at 2:30 p.m. be adjourned *sine dine*. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court as soon as this office receives same fully executed from plaintiff.

    Thank you for your consideration herein.

Respectfully submitted,

/s/

Melissa Wachs
Assistant Corporation Counsel
Special Federal Litigation Division

cc:

        Gabriel Harvis, Esq. (via ECF)
        *Attorney for Plaintiff*
        305 Broadway, 14th Floor
        New York, New York 10007