UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Isaiah Boney,

                                    Plaintiff,

-against-

The City of New York, Police Officer Dwayne
Thomas, Police Officer Josue Kavanagh, Police
Officer Sabrina Fulford, Police Office Scot
McMaster, Lieutenant David Siev, and John and Jane
Does 1 though 4, individually and in their official
capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                    Defendants.
----------------------------------------------------------------x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

11 CV 5726 (SLT) (VVP)

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about November 22, 2011, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

      **WHEREAS**, defendants City of New York, Police Officer Dwayne Thomas, Police Officer Josue Kavanagh, Police Officer Sabrina Fulford, Police Officer Scot McMaster and Lieutenant David Siev have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

      **WHEREAS**, plaintiff has authorized his counsel, Gabriel P. Harvis, Esq., to settle this matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff ISAIAH BONEY, the sum of THIRTY THOUSAND ($30,000.00) DOLLARS in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release the defendants City of New York, Police Officer Dwayne Thomas, Police Officer Josue Kavanagh, Police Officer Sabrina Fulford, Police Officer Scot McMaster and Lieutenant David Siev and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights, from the beginning of the world to the day of the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of

the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants City of New York, Police Officer Dwayne Thomas, Police Officer Josue Kavanagh, Police Officer Sabrina Fulford, Police Officer Scot McMaster and Lieutenant David Siev reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
July 17, 2012

| | |
|---|---|
| Harvis Marinelli Saleem & Wright<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007<br>(212) 323-6880 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br> City of New York<br>*Attorney for Defendants City, Thomas,*<br>*Kavanagh, Fulford, McMaster and Siev*<br>100 Church Street, Rm. 3-310<br>New York, New York 10007 |
| By: _____ 8-8-12<br>Gabriel P. Harvis<br>Attorney for Plaintiff | By: _____<br>Melissa Wachs<br>*Assistant Corporation Counsel* |

*In light of the above, the Clerk of Court is respectfully directed to close this case.*

Dated: New York, New York
August 9, 2012

SO ORDERED:

s/ SLT
_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE